UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

HEATHER M. WALLACE,                    )        No.  SACV 13-1792 CW
                                       )
        Plaintiff,                     )        ORDER AWARDING EAJA FEES
                                       )
        v.                             )
                                       )
CAROLYN W. COLVIN                      )
Acting Commissioner Of Social Security, )
                                       )
        Defendant.                     )
_____)

        Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

        IT IS ORDERED that EAJA fees are awarded in the amount of ONE

THOUSAND SIX HUNDRED THIRTY DOLLARS AND 51/100 ($1,630.51) subject

to the terms of the stipulation.


                                       Carla M. Woehrle

DATE:  September 15, 2014      __

                               HON. CARLA M. WOEHRLE
                               UNITED STATES MAGISTRATE JUDGE

-1-